### SERVO SERNA v. THE STATE.

No. 8740.　Delivered Feb. 4, 1926.

Rehearing denied June 8, 1926.

**1.—Murder—No Sentence Shown—Appeal Dismissed.**

No sentence appearing in the record the appeal must be dismissed. The sentence is the final judgment and is an essential pre-requisite of the jurisdiction of this court. See Art. 856, C. C. P. Vernon's Texas Crim. Stat., Vol 2, p. 851, and cases collated. Branch's Ann. P. C., p. 338, Sec. 667; also Bennet v. State, 80 Texas Crim. Rep., 652.

#### ON REHEARING.

**2.—Same—Death of Appellant—Appeal Abated.**

By supplemental record accompanying the motion for rehearing, it is made to appear that sentence was pronounced against appellant, but it further appearing by affidavit of the state that appellant is dead, the appeal must therefore be abated.

Appeal from the District Court of Kleberg County. Tried below before the Hon. A. W. Cunningham, Judge.

Appeal from a conviction of murder, penalty six years in the penitentiary.

The opinion states the case.

*E. W. Bounds* of Fort Worth, for appellant.

*W. R. Jones* of Brownsville, *Tom Garrard*, State's Attorney, *Grover C. Morris*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is murder, punishment fixed at confinement in the penitentiary for a period of six years.

A dismissal must be ordered for the want of a sentence. The

sentence is the final judgment and is an essential pre-requisite to the jurisdiction of this court. See Art. 856, C. C. P.; Vernon's Texas Crim. Stat., Vol. 2, p. 851, and cases collated; Branch's Ann. Texas P. C., p. 338, Sec. 667; also Bennett v. State, 80 Texas Crim. Rep. 652.

The appeal is dismissed. *Dismissed.*

### ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—By supplemental record accompanying the motion for rehearing it is made to appear that sentence was pronounced against appellant, and the case would now be entitled to consideration on its merits but for an affidavit from the sheriff conveying the information that appellant is dead.

The appeal must therefore be abated.

*Appeal abated.*